# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

144733

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE ATTORNEY FEES OF ATCHISON
AND HARTMAN.

_____

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

CHARLES CURTIS MERRIMAN,
　　　　Defendant,
and

MICHAEL J. ATCHISON and DANIEL J.
HARTMAN,
　　　　Appellees.

_____/

SC: 144733
COA: 292281
Charlevoix CC: 07-036010-FC

　　　　On order of the Court, the application for leave to appeal the January 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0927

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk